**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE LEWIS T. BABCOCK**

_____

| | |
|---|---|
| Courtroom Deputy:  LaDonne Bush | Date:  November 9, 2006 |
| Court Reporter:      Gwen Daniel | |

_____

Criminal Case No. 03-cr-00127-LTB

| | |
|---|---|
| UNITED STATES OF AMERICA, | David Gaouette |
| Plaintiff, | |
| v. | |
| 1.   ABDUL QAYYUM, | Raymond Moore |
| 2.   CHRIS MARIE WARREN, | Thomas Hammond |
| 4.   SAIMA SAIMA, | Marc Milavitz |
| 5.   IRFAN KAMRAN, | Donald Knight |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Status Conference**

**1:16 p.m.      Court in session.**

Defendants are present and on bond.

Mr. Gaouette states that offers have been made to defendants and requests time for defendants to review those offers.

Statement by Mr. Moore regarding scheduling.

**ORDERED:**  Further status conference is set on Monday, November 27, 2006, at 8:00 a.m.

**1:30 p.m.      Court in recess.**

Hearing concluded.
Time: 00:14