UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael E. Hegarty<br>United States Magistrate Judge | Tracey Lee<br>Deputy Clerk |
| Case Number: 03-cr-00127-LTB<br>Date: November 15, 2006 | FTR MEH AM |
| UNITED STATES OF AMERICA | David Gauoette |
| v. | |
| 1. Abdul Qayyum | Raymond Moore |
| 2. Chris Marie Warren | Not present |
| 3. Haroon Rashid | Jeff Pagliuca |
| 4. Saima Saima | Marc Milavitz |
| 5. Irfan Kamran | Don Knight |
| 6. Sajjad Nasser | Not present |
| 7. Imran Khan | Not present |

**HEARING ON FIRST MOTION FOR EMERGENCY APPLICATION FOR MATERIAL WITNESS WARRANT AND ORDER**

Court in Session: 9:06am

Court calls case and appearances of counsel.

Counsel for defendants Abdul Qayyum, Haroon Rashid, Saima Saima, and Irfan Kamran are present.

Motion is reviewed and discussed by each counsel present.

The government is not opposed to the motion.

Court addresses each issue in relation to the motion.

Court states that there should be a date certain for the disposition.

The court understands that the person in question is being held by the Department of Homeland Security, and will grant the issuance of a writ/warrant as needed.

**ORDERED:** Motion [614] is GRANTED.

Written order to follow.

Court in Recess: 9:40am

Total time: 14 minutes

Hearing concluded.