IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00127-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ABDUL QAYYUM,
2. CHRIS MARIE WARREN, a/k/a Christie Warren,
3. HAROON RASHID,
4. SAIMA SAIMA, and
5. IRFAN KAMRAN,

    Defendants.

---

**ORDER VACATING ORDER GRANTING DEFENDANT KAMRAN'S EMERGENCY APPLICATION FOR MATERIAL WITNESS WARRANT AND ORDER OF DETENTION**

---

On November 16, 2006, this Court issued an ORDER GRANTING DEFENDANT KAMRAN'S EMERGENCY APPLICATION FOR MATERIAL WITNESS WARRANT AND ORDER OF DETENTION.

On November 20, 2006, GOVERNMENT'S MOTION TO VACATE ORDER GRANTING DEFENDANT KAMRAN'S EMERGENCY APPLICATION FOR MATERIAL WITNESS WARRANT AND ORDER OF DETENTION was filed advising that the deposition of Mr. Rashid had been accomplished on November 16, 2006.

Because the deposition of Mr. Rashid has been taken, it is hereby

**ORDERED** that the previously issued Order granting **DEFENDANT KAMRAN'S EMERGENCY APPLICATION FOR MATERIAL WITNESS WARRANT AND ORDER OF DETENTION** is hereby **VACATED**; it is further **ORDERED** that **DEFENDANT KAMRAN'S EMERGENCY APPLICATION FOR MATERIAL WITNESS WARRANT AND ORDER OF DETENTION** is **DENIED AS MOOT**.

DONE this 28th day of November, 2006, at Denver, Colorado.

_____
MICHAEL E. HEGARTY
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO